# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD KEITH RAY

NO.  2019 CW 0600

VERSUS

TAMMY MICHELLE RAY

**JULY 17, 2019**

---

In Re:    Tammy Michelle Ray, applying for rehearing and motion
          to recuse, 21st Judicial District Court, Parish of
          Tangipahoa, No. 2016-3310.

---

**BEFORE:   THERIOT AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED; MOTION TO RECUSE DENIED AS MOOT.**

**MRT**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT

*Judge Crain has recused himself pursuant to La. Code Civ. P. art. 160.